**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

--------------------------------------------------------------------x

SIESTA LLC, a Florida Limited Liability Company,

      Plaintiff,

                          Case No.: 0:26-ap-01109

v.

PREMIER INVESTMENTS USA LLC d/b/a FREEZ.
DRINKWARE, a Florida Limited Liability Company,

      Defendant.

--------------------------------------------------------------------x

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that the Plaintiff, Siesta LLC, a Florida Limited Liability Company,

by and through the undersigned counsel, hereby moves this Court for an order dismissing case.

                        */s/ Thomas C. Adam*
                        Thomas C. Adam, Esq.
                        Florida Bar No. 648711
                        2258 Riverside Ave.
                        Jacksonville, Florida 32204
                        (904) 329-7249 Telephone
                        (904) 606-1245 Facsimile
                        tadam@adamlawgroup.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the *Notice of Voluntary Dismissal of Case* was furnished

to all parties having entered an appearance in this case via the Court's CMECF on this 31st day of

March, 2026.

                        */s/ Thomas C. Adam*
                        Thomas C. Adam, Esq.